Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Mr. James, Maxwell, #05-A-6106# it's Filing A Lawsuit Against This
2. Green Haven Facility, its A Max Facility - My Reason IS They have Mr. James, Maxwell, 05-A-6106 - In A -vs- Isolation Freezen Hospital Rm,

**B.     Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Commissioner,   I Don't Know        4. Hospital SGt - Morning*Afternoon
2. Warrent, - I Don't Know             5. Hospital Nurse's Morning*Afternoon
3. Deputy, D.S.S. I Don't Know         6. Lt.'s Morning*Afternoon,

I Don't Know None of There Names Not Even The Officer

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Mr. James, Maxwell, 05-A-6106
Present Place of Confinement & Address: Green Haven Correctional Facility
P.O. Box 4000 / Stormville, New York, 12582-4000

Name and Prisoner Number of Plaintiff: ~~_____~~
Present Place of Confinement & Address: ~~_____~~

The Same Above

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Green Haven Correctional Owner of This
(If applicable) Official Position of Defendant: Facility
(If applicable) Defendant is Sued in ____ Individual and/or __X__ Official Capacity
Address of Defendant: Pass Don't Know

Name of Defendant: _____
(If applicable) Official Position of Defendant: Employee's Who Work at This
(If applicable) Defendant is Sued in ____ Individual and/or __X__ Official Capacity
~~Address of Defendant:~~ Green Haven Facility Jail, Filing A Lawsuit Because I am Place Inside A Isolation Rm,

~~Name of Defendant:~~
~~(If applicable) Official Position of Defendant:~~
~~(If applicable) Defendant is Sued in ____ Individual and/or ____ Official Capacity~~
~~Address of Defendant:~~

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
    Yes____   No _X_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): I Am Mr, James, Maxwell, Who Is Placing This Lawsuit Against The Defendant Employee's Plus The Owner of Green Haven Correctional Facility

2. Court (if federal court, name the district; if state court, name the county): James T, Foley, US CourtHouse, 445-Broadway, Albany n.y. 12207-2974

3. ~~Docket or Index Number:~~

4. Name of Judge to whom case was assigned: Don't have one pick one

2

5. The approximate date the action was filed: 9/22/ to 10/4/12

6. What was the disposition of the case?

    Is it still pending? Yes ✓ No ___

        If not, give the approximate date it was resolved. _Not Yet_

    Disposition (check the statements which apply):

        ___ Dismissed (check the box which indicates why it was dismissed):

            ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ___ By court for failure to exhaust administrative remedies;

            ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ___ By court due to your voluntary withdrawal of claim;

        ___ Judgment upon motion or after trial entered for — Trial

            ☒ plaintiff

            ___ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes ___   No ___

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

    Plaintiff(s): I Mr. James Maxwell, 05A6106# Who is Short To Be Release But At Hospital of Green Haven Isolation Room ~~_____~~ Were They Put mr. James Maxwell At from The SHU-Box Because Of MY Medical I use my Walker

2. District Court: James T. Foley, US. Court House,

3. ~~_____~~ 445-Broadway-Albany, n.y. 12207-2974

4. Name of District or Magistrate Judge to whom case was assigned: Pick one

5. The approximate date the action was filed: State Lawsuit Against Department

6. What was the disposition of the case? ___ Of Green Haven Correctional Facility Am Place Inside A Isolation Freezer Room;

    Is it still pending? Yes ☒ No ___

        If not, give the approximate date it was resolved. No Not Yet;

3

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

    [X] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    _____ By court for failure to exhaust administrative remedies;

    _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

    [X] plaintiff —*TRail Before November 15, 2012*

    _____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- **(Access to the Courts)** *[circled]*
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

**A. FIRST CLAIM:** On (date of the incident) I Been In The SHU Since 9/20/12 defendant (give the **name and position held** of **each defendant** involved in this incident) I Am Medical Inmate Who use A Medical Walker It Mine's Personal Walker I Left The SHU-Box on Saturday Morning 9/22/12 to come did the following to me (briefly state what each defendant named above did): The Whole Problem Is That I am Place Inside This High Freezen Isolation Hosptail Room Second Floor-Aso-IPC, I Am Not SHU/I Am Short to Be Cut Loose Next Month - There No need to Place me Inside A Isolation Freezen Cold Damp Room! First Thing First I Don't At All Have Any HIV-to- Be Place Inside Isolation Hosptail-Room -A-So-IPC Room

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

The relief I am seeking for this claim is (briefly state the relief sought): My Civil Rights And, Large Lawsuit Against Green Haven Facility, Remove Mr. James Maxwell Back to Downstate Correctional Facility

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? _X_ Yes ___ No   If yes, what was the result? I Got Envelopes Yesturday So It Going out
Did you appeal that decision? ___ Yes _X_ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*
If you did not exhaust your administrative remedies, state why you did not do so: I Did Wrote to The Commissioner At Albany, N.Y. 12226

**A. SECOND CLAIM:** On (date of the incident) for Placing A Handycap defendant (give the **name and position held** of **each defendant** involved in this incident) Unknown Inside Isolation Freezen Ice Cold Room But I Been Writting The Boss Commissponer, No Answer Yet; Request for Investigation Be Done, I am Taking All The own,

5

did the following to me (briefly state what each defendant named above did): _I Looking to Become To New Owner Of This facility Then Knock It all Down, And Building my Dream House, And Become The Worldest Richest Black Handy-Cap man On Gods Earth Set me Free With All That Green money From There USA Banks I Want It All,_

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

The relief I am seeking for this claim is (briefly state the relief sought): _____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _X_ Yes ___ No   If yes, what was the result? _I Just Got Enveoples Yesturday_

Did you appeal that decision? ___ Yes _X_ No   If yes, what was the result? _not yet_

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_Suiting Green Haven Correctional Facility for Not Placing me Inside A Reguarl Hosptail Room At Green Haven Facility Hosptail 2nd Floor A-Isolation R.m. Plus I Am A Handy-Cap Use A Walker_

Do you want a jury trial? Yes _X_ No ___

6

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  9/22/ 10/2/12
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

James maxwell, 05A6106
James, maxwell, 05-A-6106
James maxwell, 05-A-6106
Signature(s) of Plaintiff(s)

I hAVe EVidance AS PRoof



**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: James Maxwell   DIN: 05-A-6106   *Hospital Isolation*

T. James
T. Foley, U.S. Court House,
445 Broadway
Albany New York 12207-2974